F I L E D
Clerk
District Court

OCT 25 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

Miscellaneous Case No. 1:21-mc-00053

IN RE: GRAND JURY PANEL EXPIRING NOVEMBER 17, 2021

**ORDER GRANTING UNITED STATES' MOTION TO EXTEND THE GRAND JURY PANEL EXPIRING NOVEMBER 17, 2021**

1   FOR CAUSE SHOWN, the Court hereby GRANTS the United States' Motion to Extend
2   the Grand Jury Panel Expiring November 17, 2021 (ECF No. 1).  The Grand Jury Panel's new
3   expiration date is now May 17, 2022.

IT IS SO ORDERED on October 25, 2021.

_____
RAMONA V. MANGLONA
CHIEF JUDGE